UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES                          :      Crim. No. 10-851 (SDW)

        v.                             :      Hon. Dennis M. Cavanaugh

STEPHEN DEPIRO, et al.                 :

## NONDISCLOSURE CONSENT ORDER

This matter having been brought before the Court upon application of Paul J. Fishman, the United States Attorney for the District of New Jersey (Anthony J. Mahajan, Assistant United States Attorney, appearing), for a nondisclosure order relating to the grand jury transcripts of witness testimony, and for good cause shown,

IT IS on this 23 day of July, 2012

ORDERED that the grand jury transcripts of witness testimony produced to the defendants in this case may not be disseminated beyond the defendants, their attorneys and their attorneys' legal staff.


_____
HON. DENNIS M. CAVANAUGH
United States District Judge

CONSENTED TO BY:

Counsel for Defendant   _Stephen DePiro_
Alyssa A. Cimino

Anthony Mahajan

CONSENTED TO BY:

_____     Albert Cernadas
Counsel for Defendant
Christopher Adams

_____
Anthony Mahajan

CONSENTED TO BY:

_____   Nunzio LaGrasto
Counsel for Defendant
Edmund DeNoia

_____
Anthony Mahajan

CONSENTED TO BY:


Counsel for Defendant _____


Anthony Mahajan

CONSENTED TO BY:


Counsel for Defendant   VINCENT Aulisi
Joseph J. Rosella


Anthony Mahajan

CONSENTED TO BY:

Counsel for Defendant _Tommy Leonardis_
MICHAEL N PEDICINI

_____
Anthony Mahajan

CONSENTED TO BY:

Counsel for Defendant

Anthony Mahajan

Case 2:10-cr-00851-DMC   Document 183   Filed 05/23/12   Page 2 of 2 PageID: 1062
Case 2:10-cr-00851-CCC   Document 215   Filed 08/01/12   Page 9 of 14 PageID: 2148
Case 2:10-cr-00851-DMC   Document 181   Filed 04/23/12   Page 6 of 6 PageID: 1058

CONSENTED TO BY:

Counsel for Defendant Michael Trueba
Robert W. Gluck, Esq.

Anthony Mahajan

CONSENTED TO BY:

Counsel for Defendant SALVATORE LABrasso

_____
Anthony Mahajan

CONSENTED TO BY:

_____    John Hartman
Counsel for Defendant

_____
Anthony Mahajan

CONSENTED TO BY:

_____
Counsel for Defendant _Nicolosi_

Dominick Gullo, ESS
of Counsel to Arthur Adolo, ESS  Attorney of record.

_____
Anthony Mahajan

CONSENTED TO BY:

_____
Counsel for Defendant

_____
Anthony Mahajan

CONSENTED TO BY:


Counsel for Defendant _JULIO PORRAO_
_ERIK HASSING, ESQ._


Anthony Mahajan